WILLIAM JAY SCHIEFFELIN, Respondent, v. JOHN F. HYLAN, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

